# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ESTATE OF JOYCE <br> ROSAMOND PETERSEN <br> <br> v. <br> <br> WILLIAM E. BITTERS, et al., | § <br> § <br> § <br> § <br> § <br> § | <br> <br> <br> CIVIL ACTION NO. 4:14cv780 <br> (Judge Mazzant/Judge Bush) |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On February 26, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff Petersen's Motion to Transfer Venue (Dkt. # 50) should be GRANTED and that this case should be transferred to the United States District Court for the District of Nebraska, Omaha Division.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and conclusions of the court. Therefore, Plaintiff Petersen's Motion to Transfer Venue (Dkt. # 50) is GRANTED and this case shall be transferred to the United States District Court for the District of Nebraska, Omaha Division.

**IT IS SO ORDERED.**
**SIGNED this 17th day of March, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE